ASSOCIATES FINANCIAL SERVICES OF AMERICA, INC. *v.* SAMUEL P. SORENSEN ET AL.
(SC 15815)

Callahan, C. J., and Norcott, Katz, Palmer and Peters, Js.

Argued April 22—officially released June 23, 1998

*Abraham I. Gordon*, with whom were *Ronald D. Japha* and, on the brief, *Richard S. Scalo*, for the appellant (substitute plaintiff).

*Beecher A. Larson*, with whom was *Robert A. Solari*, for the appellee (defendant Northern State Financial, LLC).

*Opinion*

PER CURIAM. After examining the record on appeal and considering the briefs and oral arguments of the parties, we have determined that the appeal in this case should be dismissed on the ground that certification was improvidently granted.[1]

The appeal is dismissed.

---

[1] We granted the substitute plaintiff's petition for certification limited to the following issue: "Did the Appellate Court properly affirm the trial court's summary judgment?" *Associates Financial Services of America, Inc.* v. *Sorensen*, 243 Conn. 944, 704 A.2d 798 (1997).